1  O'KEEFE & O'KEEFE LLP
   Garet D. O'Keefe (SBN 168415)
2  1341 Francisco Street
   Berkeley, CA  94702
3  Tel.:  (510) 540-8320
   Fax.:  (510) 540-6169
4
   Attorneys for Plaintiff
5  Susan Kiely Krauss

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SUSAN KIELY KRAUSS, an individual   | CASE NO. C04-02989 PJH
12 |                  Plaintiff,
13 |     vs.                             | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
14 | VOLKSWAGEN OF AMERICA, INC., a
15 | Delaware Corporation,
16 |                  Defendant.

Plaintiff Susan Kiely Krauss ("Plaintiff") and defendant Volkswagen of America, Inc. ("Defendant"), through their respective counsel, hereby stipulate to continue the Case Management Conference, currently scheduled for December 15, 2005, as follows:

**STIPULATION**

IT IS HEREBY STIPULATED by, between and among Plaintiff, on the one hand, and the Defendant, on the other hand, through their respective attorneys, as follows:

WHEREAS a Case Management Conference is currently calendared for December 15, 2005;

WHEREAS the Parties reached a written settlement that requires the parties to performed certain obligations between January 1, 2006 and January 15, 2006, and postponement of the aforementioned conference will allow the Parties time to fully perform their respective obligations under the settlement agreement and then file a Stipulation for Dismissal of this action;

WHEREAS good cause exists for the requested order because allowing time for the parties to complete the settlement and dismiss this action will save the parties time, effort, and expense, and will further conserve judicial resources;

NOW THEREFORE it is stipulated by and between the Parties, through their respective counsel of record, as follows:

The Case Management Conference shall be continued from December 15, 2005 to February 2, 2006, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

DATED: December 9, 2005                JEFFER, MANGELS, BUTLER & MARMARO LLP
                                       R. SCOTT BRINK
                                       BARBRA A ARNOLD


                                       BY:_____/S/_____
                                               BARBRA ARNOLD
                                       ATTORNEYS FOR DEFENDANT VOLKSWAGEN
                                       OF AMERICA, INC.

DATED: December 9, 2005

O'KEEFE & O'KEEFE LLP
GARET D. O'KEEFE


BY: _____/S/_____
       GARET D. O'KEEFE
ATTORNEYS FOR PLAINTIFF SUSAN KIELY KRAUSS


# [~~PROPOSED~~] ORDER

Good cause having been shown by the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED that the Case Management Conference be continued from December 15, 2005 to February 2, 2006.


**IT IS SO ORDERED.**


Dated: 12/13/05

_____
Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

LAST CONTINUANCE!

## **ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons required to sign the document, and that I have on file all required holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

/s/
_____
Garet D. O'Keefe
