O'KEEFE & O'KEEFE LLP
Garet D. O'Keefe (SBN 168415)
1341 Francisco Street
Berkeley, CA  94702
Tel.: (510) 540-8320
Fax.: (510) 540-6169

Attorneys for Plaintiff
Susan Kiely Krauss

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KIELY KRAUSS, an individual<br><br>                    Plaintiff,<br><br>    vs.<br><br>VOLKSWAGEN OF AMERICA, INC., a Delaware Corporation,<br><br>                    Defendant. | CASE NO. C04-02989 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC

PRINTED ON
RECYCLED PAPER

3329726v3

1  Plaintiff Susan Kiely Krauss ("Plaintiff") and defendant Volkswagen of America,
2  Inc. ("Defendant"), through their respective counsel, hereby stipulate to continue the Case
3  Management Conference, currently scheduled for February 23, 2006, as follows:

## STIPULATION

6  IT IS HEREBY STIPULATED by, between and among Plaintiff, on the one hand, and the
7  Defendant, on the other hand, through their respective attorneys, as follows:

8  WHEREAS a Case Management Conference is currently calendared for February 23,
9  2006;

10  WHEREAS the Parties reached a written settlement that required defendant VWoA to
11  provide settlement checks to plaintiff between January 1, 2006 and January 15, 2006, and that the
12  case management conference scheduled for February 2 was continued to February 23 to allow
13  VWoA additional time to correct clerical errors in the settlement checks that were provided VWoA
14  and returned by plaintiff Susan Krauss;

15  WHEREAS VWofA needs further additional time to process the settlement checks,
16  which are expected to be provided to plaintiff's counsel before the end of February;

17  WHEREAS postponement of the aforementioned conference will allow the Parties time to
18  fully perform their respective obligations under the settlement agreement and then file a Stipulation
19  for Dismissal of this action;

20  WHEREAS good cause exists for the requested order because allowing time for the
21  parties to complete the settlement and dismiss this action will save the parties time, effort, and
22  expense, and will further conserve judicial resources;

23  NOW THEREFORE it is stipulated by and between the Parties, through their
24  respective counsel of record, as follows:

25  The Case Management Conference shall be continued from February 23, 2006, to March 23,
26  2006, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

DATED: February 17, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP
R. SCOTT BRINK
BARBRA A ARNOLD

BY: /S/
BARBRA ARNOLD
ATTORNEYS FOR DEFENDANT VOLKSWAGEN OF AMERICA, INC.

DATED:  February 17, 2006

O'KEEFE & O'KEEFE LLP
GARET D. O'KEEFE

BY: /S/
GARET D. O'KEEFE
ATTORNEYS FOR PLAINTIFF SUSAN KIELY KRAUSS

## [~~PROPOSED~~] ORDER

Good cause having been shown by the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that the Case Management Conference is continued from February 23, 2006, to March 23, 2006.

**IT IS SO ORDERED.**

Dated: 2/21/06

Honorable Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

- 3 -   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

**ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons required to sign the document, and that I have on file all required holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

                /s/
       Garet D. O'Keefe