1  O'KEEFE & O'KEEFE LLP
   Garet D. O'Keefe (SBN 168415)
2  1341 Francisco Street
   Berkeley, CA  94702
3  Tel.:  (510) 540-8320
   Fax.:  (510) 540-6169
4
   Attorneys for Plaintiff
5  Susan Kiely Krauss

6
   JEFFER, MANGELS, BUTLER & MARMARO LLP
7  R. SCOTT BRINK  sbrink@jmbm.com (Bar No. 138644)
   BARBRA A. ARNOLD barnold@jmbm.com (Bar No. 235898)
8  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California  90067-4308
9  Telephone: (310) 203-8080
   Facsimile: (310) 203-0567
10
   Attorneys for Defendant VOLKSWAGEN OF
11 AMERICA, INC.

12

13                      UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16 SUSAN KIELY KRAUSS, an individual        | CASE NO. C04-02989 PJH

17              Plaintiff,

18    vs.                                   | **STIPULATION OF DISMISSAL WITH PREJUDICE** ; AND ORDER

19 VOLKSWAGEN OF AMERICA, INC., a
   Delaware Corporation,
20
                Defendant.
21

22

23

24

25

26

27

28

1   Plaintiff Susan Kiely Krauss ("Plaintiff") and defendant Volkswagen of America, Inc.
2   ("Defendant"), through their respective counsel or record, hereby stipulate that Plaintiff's entire
3   complaint and all claims alleged therein in the above-captioned action are dismissed with prejudice.

5   IT IS SO STIPULATED.

7   DATED: March 8, 2006                JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        R. SCOTT BRINK
8                                       BARBRA A ARNOLD

10                                      BY:_____/S/_____
                                            BARBRA ARNOLD
11                                      ATTORNEYS FOR DEFENDANT VOLKSWAGEN
                                        OF AMERICA, INC.

13  DATED:  March 8, 2006               O'KEEFE & O'KEEFE LLP
                                        GARET D. O'KEEFE

16                                      BY:_____/S/_____
                                            GARET D. O'KEEFE
                                        ATTORNEYS FOR PLAINTIFF SUSAN KIELY
17                                      KRAUSS

19  **IT IS SO ORDERED.**

21  Dated: 3/10/06
                                        _____
22                                      Honorable
                                        UNITED STATES DISTRICT JUDGE

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

**ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons required to sign the document, and that I have on file all required holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

/s/
Garet D. O'Keefe